JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ian Foye; Eva Foye<br><br>**Plaintiffs,**<br><br>vs.<br><br>Kamran Qureshi d/b/a Idyllwild Health Center; Darlene Riley; DOES 1 Through 10, Inclusive.<br><br>**Defendant(s)** | Case No.: 5:23-cv-01111-SVW-KK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action without prejudice. The Court VACATES all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated: November 29, 2023

_____
STEPHEN V. WILSON
United States District Judge